**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                              No. 4:15CR00273 JLH

KOREY K. MOORE                                                                                          DEFENDANT

## ORDER

Korey K. Moore has filed a motion for revocation of the order of detention by the magistrate judge. The review is *de novo* under 18 U.S.C. § 3145(b). The Court directs the government to respond to the motion on or before December 21, 2015, and state whether it wishes to present additional evidence. The defendant's reply will be due on December 28, 2015, and should state whether the defendant wishes to present additional evidence.

IT IS SO ORDERED this 7th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE