# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

v.                   Case No. 4:15-CR-00273-01-LPR

**KOREY K. MOORE**                                                          **DEFENDANT**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. 149) is DENIED.

Defendant seeks a sentence reduction based on guideline Amendment 821's retroactive changes to "status points." Although Defendant received status points, he was sentenced as an armed career criminal, which means his criminal history score remains VI and his guideline range is unchanged.[1]

IT IS SO ORDERED this 2nd day of February, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").