# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                    **Case No. 4:15-CR-00273-01-LPR**

**KOREY K. MOORE**                                                       **DEFENDANT**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. 165) is DENIED.

As set out in the February 2, 2024 Order (Doc. 150), Defendant was sentenced as an armed career criminal, which means his criminal history category remains VI.[1] Even if Defendant was not sentenced under the ACCA, his criminal history score would go from 20 to 19, but his criminal history category would still be VI.

IT IS SO ORDERED this 15th day of July, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").